IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DENNIS W. VAN DE MARK, | ) | 4:08CV3041 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| SETH PETERSON, Officer, CITY OF LINCOLN, NEBRASKA, and COUNTY OF LANCASTER, NEBRASKA, | ) ) ) ) ) | |
| Defendants. | ) | |

    This matter is before the court on its own motion.  On June 6, 2008, the court entered a Memorandum and Order dismissing claims and directing Plaintiff to file an amended complaint no later than July 7, 2008.  ([Filing No. 11](#).)  The court warned Plaintiff that failure to file an amended complaint by that deadline would result in the dismissal of this matter without further notice.  (*Id.* at CM/ECF p. 7.)  Plaintiff has not filed an amended complaint or any other response to the court's June 6, 2008 Order.

    IT IS THEREFORE ORDERED that:

    1.    This matter is dismissed without prejudice because Plaintiff failed to prosecute this matter diligently and failed to comply with this court's orders.

    2.    A separate judgment will be entered in accordance with this Memorandum and Order.

July 25, 2008.                      BY THE COURT:

                                              s/ Joseph F. Bataillon
                                              Chief United States District Judge